TUESDAY, SEPTEMBER 13, 2016

Coram: CHAGARES, GREENAWAY, Jr. and RESTREPO, Circuit Judges

S U B M I T T E D

Nos. 15-1261/16-1011
Pursuant to 3rd Cir. LAR 34.1(a)

JANE DOE; JOHN DOE,
Parents and Natural Guardians
of Mary Doe, a minor,
    Appellants No. 15-1261
v.
THE RITZ CARLTON
HOTEL COMPANY, LLC

\_\_\_\_

JANE DOE; JOHN DOE,
Parents and
Natural Guardians
of Mary Doe, a minor,
    Appellants No. 16-1011
v.
RITZ CARLTON
HOTEL CO LLC

_____

No. 15-2095
Pursuant to 3rd Cir. LAR 34.1(a)

JOHN MORRISON
v.
LIBERTY LIFE
ASSURANCE
COMPANY OF BOSTON;
THE PNC FINANCIAL
SERVICES GROUP AND
AFFILIATES LONG
TERM DISABILITY PLAN
    Continued…

PAGE TWO - CONTINUED                              TUESDAY, SEPTEMBER 13, 2016

Coram: CHAGARES, GREENAWAY, Jr. and RESTREPO, Circuit Judges

No. 15-2095 – (Continued)

THE PNC FINANCIAL
SERVICES GROUP AND
AFFILIATES LONG
TERM DISABILITY PLAN,
    Appellant

_____

No. 15-2601
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
WILLIAM C. HARRIS,
    Appellant

_____

No. 15-3696
Pursuant to 3rd Cir. LAR 34.1(a)

WILLIAM M. BOCK
v.
NOVARTIS PHARMACEUTICALS
CORPORATION

BRUCE E. BOCK;
BONNIE J. BOCK,
As personal
representatives of the
Estate of William
M. Bock, Deceased,
    Appellants

<u>PAGE THREE - CONTINUED</u>  <u>TUESDAY, SEPTEMBER 13, 2016</u>

<u>Coram: CHAGARES, GREENAWAY, Jr. and RESTREPO, Circuit Judges</u>

S U B M I T T E D

<u>No. 15-3791</u>
Pursuant to 3rd Cir. LAR 34.1(a)

IN RE: CLASS 8 TRANSMISSION
INDIRECT PURCHASER
ANTITRUST LITIGATION

RYAN AVENARIUS, on behalf of
themselves and all others
similarly situated;
BIG GAIN, INC.; CARLETON
TRANSPORT SERVICE, et al.,
  Appellants

_____

<u>No. 15-3936</u>
Pursuant to 3rd Cir. LAR 34.1(a)

LAMAR COLLINS,
     Appellant
v.
RICHARD JONES,
Individually and in
his official capacity as
police officer for the Trainer
Borough Police
Department