# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Daniel E. Laytin, P.C.
To Call Writer Directly:
(312) 862-2198
daniel.laytin@kirkland.com

300 North LaSalle
Chicago, Illinois  60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

September 16, 2016

Clerk of Court
United States Court of Appeals
   for the Third Circuit
21400 U.S. Courthouse
Philadelphia, PA 19106

      Re:    *In re Class 8 Transmission Indirect Purchaser Antitrust Litigation*,
               No. 15-3791
               <u>Appellees' Response to Appellants' Citation of Supplemental Authority</u>

Dear Clerk of Court:

      On behalf of all Appellees, I write to address Appellants' September 12, 2016 Citation of Supplemental Authority Pursuant to F.R.A.P. 28(j), which disclosed the newly-issued opinion in *Hartig Drug Co. v. Senju Pharma. Co.*, No. 15-3289, 2016 WL 4651381 (3d Cir. Sept. 7, 2016).

      Contrary to Appellants' suggestion, *Hartig* has no relevance or application to the present case. Unlike in *Hartig*, the distinction between antitrust standing and Article III standing—or between Rule 12(b)(1) and Rule 12(b)(6)—does not bear on the ultimate disposition of this case. While *Hartig* was decided on a motion to dismiss before discovery, this case proceeded through full discovery on all issues including antitrust impact and damages. Appellees-Defendants therefore continue to rest on the arguments asserted in their briefing to this Court. (*See* Appellees' Br. at 72-74.)

                                    Respectfully submitted,

                                    /s/ Daniel E. Laytin, P.C.

                                    Daniel E. Laytin, P.C.

Cc:  Counsel of record

Beijing    Hong Kong    Houston    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.