UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 15-3791

---

IN RE: CLASS 8 TRANSMISSION INDIRECT PURCHASER
ANTITRUST LITIGATION

RYAN AVENARIUS, on behalf of themselves and all others similarly situated;
BIG GAIN, INC.; CARLETON TRANSPORT SERVICE; JAMES CORDES, on behalf of Cordes Inc.; MEUNIER ENTERPRISES LLC; PAUL PROSPER;
RODNEY E. JAEGAR; PURDY BROTHERS TRUCKING CO. INC.;
TC CONSTRUCTION CO. INC.; PHILLIP E. NIX,
Appellants

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(D. Del. No. 1-11-cv-00009)
District Judge: Honorable Sue L. Robinson

---

Submitted Under Third Circuit L.A.R. 34.1(a)
September 13, 2016

---

Before: CHAGARES, GREENAWAY, JR., and RESTREPO, *Circuit Judges*.

---

JUDGMENT

---

This cause came on to be considered on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on September 13, 2016. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on October

21, 2015, is hereby AFFIRMED IN PART AND VACATED AND REMANDED IN PART. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: February 9, 2017